UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA MCMILLIAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SANOFI-AVENTIS U.S LLC,<br><br>　　　　　Defendants. | Case No. 23-cv-05780-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 4/19/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  1/26/2024.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/6/2024.

DESIGNATION OF EXPERTS: 1/6/2025; REBUTTAL: 1/24/2025;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/14/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by: 2/28/2025;
　　　Opp. Due: 3/14/2025; Reply Due: 3/21/2025;
　　　and set for hearing no later than 4/4/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  9/9/2025
PRETRIAL CONFERENCE DATE: 9/23/2025 at 1:30 PM.

JURY TRIAL DATE: 10/6/2025 at 8:30 AM.
　　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: December 21, 2023

_____
SUSAN ILLSTON
United States District Judge